UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SHAWN MOSS, on behalf of, ) <br> LLOYD B. MOSS, deceased, ) <br> (Social Security No. XXX-XX-6172), ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner ) <br> of the Social Security Administration, ) <br> ) <br> Defendant. ) | 2:07-cv-30-WGH-LJM |

## AMENDED
## FINAL JUDGMENT ENTRY

This case is **REMANDED** for further proceedings consistent with the Order Remanding the Commissioner's Decision entered March 3, 2008, striking therefrom the Court's conclusion at paragraph 6 of the "Analysis" section of the Order.

**Entered:** May 2, 2008

Laura Briggs, Clerk
U.S. District Court

_____
  By:  Deputy Clerk

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Electronic copies to:**

Michael G. Myers
mgmyers10@sbcglobal.net

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov